JAMES K. WARD, ESQ. (SBN 117639)
DANIEL P. JAY, ESQ. (SBN 215860)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 956825
Tel:  (916)923-1600
Fax:  (916)923-1616

Attorneys for Defendant(s)
CAMERON PARK COMMUNITY SERVICES DISTRICT

UNITED STATES DISTRICT COURT

Eastern District of California

Sacramento Division

| | |
|---|---|
| TAMMY MEFFORD,<br><br>        Plaintiff(s),<br><br>vs.<br><br>CAMERON PARK COMMUNITY SERVICES DISTRICT, a public entity; ALAN CLARKE, an individual; DAVID M. JOHNSON, an individual and; KENNETH E. CATER an individual<br><br>        Defendant(s). | **Case No.:  2:09-CV-02992 JAM-KJM**<br><br>**STIPULATION FOR ADDITIONAL TIME FOR THE PARTIES TO FILE JOINT STATUS REPORT AND ORDER** |

    Defendants, Cameron Park Community Service District, Alan Clarke, David M. Johnson, and Kenneth E. Cater and Plaintiff, Tammy Mefford, stipulate and agree that the parties shall submit their joint status report and Rule 26(f) discovery plan 30 days after the Court issues its order on Defendants' FRCP 12(b)(6) Motions to Dismiss and Defendants' Special Motions to Strike pursuant to California Code of Civil Procedure § 425.16.

    Said stipulation is based on the fact that Defendants Cameron Park Community Services District, Alan Clarke, David M. Johnson and Kenneth E. Cater have each filed individual FRCP

PDF created with pdfFactory trial version www.pdffactory.com

Rule 12(b)(6) Motions to Dismiss as well as individual Special Motions to Strike pursuant to California Code of Civil Procedure § 425.16 (Anti-SLAPP) which will not be heard by the Court until May 5, 2010 (and ruled on thereafter) and the Court's decision on said motions may significantly impact the scope of the issues to be addressed by this litigation, the nature of the discovery that each party will need to conduct, and will necessarily affect the scope of the parties' Joint Status Report.

Furthermore, the parties agree that this Stipulation is authorized under Federal Rules of Civil Procedure Rule 26(f) and is valid under Local Rule 143.

Dated:_____     EVANS WIECKOWSKI & WARD, LLP

                                By:_____
                                     JAMES K. WARD
                                     Attorney for Defendant
                                     CAMERON PARK COMMUNITY
                                     SERVICES DISTRICT

Dated:_____          LAW OFFICE OF MARY-ALICE COLEMAN

                                By:_____
                                     THOMAS B. GILL
                                     DAFNA LEVI
                                     Attorney for Plaintiff
                                     TAMMY MEFFORD

Dated:_____           DIEPENBROCK & COTTER

                                By;_____
                                     ANTHONY DIEPENBROCK
                                     Attorney for Defendant
                                     KENNETH CATER

STIPULATION REGARDING JOINT STATUS REPORT AND [PROPOSED] ORDER - 2

PDF created with pdfFactory trial version www.pdffactory.com

Dated:_____                    WILLIAM SCHMIDT & ASSOCIATES


                                         By:_____
                                               WILLIAM SCHMIDT
                                              Attorney for Defendant
                                               ALAN CLARKE

Dated:_____                    LAPLANTE SPINELLI & DONALD


                                         By:_____
                                               DOMENIC SPINELLI
                                              Attorney for Defendant
                                               DAVID JOHNSON

    Good cause appearing therefore,

    IT IS SO ORDERED:

    The parties shall file their Joint Status Report and Rule 26(f) discovery plan 30 days after the Court issues its order on Defendants' FRCP 12(b)(6) Motions to Dismiss and Defendants' Special Motions to Strike pursuant to California Code of Civil Procedure § 425.16.


DATED:  March 25, 2010

                                         /s/ John A. Mendez____
                                         Judge John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com