**LAW OFFICE OF MARY-ALICE COLEMAN**
**MARY-ALICE COLEMAN, SBN 98365**
**THOMAS B. GILL, SBN 146275**
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone:  (916) 498-9131
Facsimile:   (916) 304-0880

Attorneys for Plaintiff TAMMY MEFFORD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TAMMY MEFFORD, <br><br> Plaintiff, <br><br> v. <br><br> CAMERON PARK COMMUNITY SERVICE DISTRICT a public entity; ALAN CLARKE, an individual; DAVID M. JOHNSON, an individual and; KENNETH E. CATER an individual, <br><br> Defendants. | CASE NO. 2:09-CV-02992 JAM KJM <br><br> **STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' RULE 12(b)(6) MOTIONS TO DISMISS AND SPECIAL MOTIONS TO STRIKE PURSUANT TO C.C.P. § 425.16** |

Plaintiff Tammy Mefford ("Plaintiff") and Defendants Cameron Park Community Service District, Alan Clarke, David M. Johnson, and Kenneth E. Cater (collectively, "Defendants") stipulate and agree that the Rule 12(b)(6) Motions to Dismiss and Special Motions to Strike Pursuant to California Code of Civil Procedure section 425.16 (the "Motions") filed by Defendants and currently set for hearing on May 5, 2010 shall be continued to and heard on **June 16, 2010**.

/ / /

/ / /

/ / /

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' RULE 12(b)(6) MOTIONS TO DISMISS AND SPECIAL MOTIOSN TO STRIKE PURSUANT TO C.C.P. § 425.16/
CASE NO. 2:09-CV-02992 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com

Said stipulation is based on the fact that counsel for Plaintiff were in trial for approximately four (4) weeks and are currently attending to post-trial matters. Plaintiff has therefore requested that Defendants continue the hearing on the Motions to allow Plaintiff sufficient time to respond to the arguments raised therein. Defendants have agreed to this request and, as such, enter into this Stipulation.

In addition, the parties agree that this Stipulation is authorized by Local Rules 143 and 230(f).

DATED: April 7, 2010        **LAW OFFICE OF MARY-ALICE COLEMAN**

By:  /s/
THOMAS B. GILL
Attorney for Plaintiff
TAMMY MEFFORD

DATED: April 7, 2010        **EVANS WIECKOWSKI & WARD, LLP**

By:  /s/
JAMES W. WARD
Attorney for Defendant
CAMERON PARK COMMUNITY
SERVICES DISTRICT

DATED: April 7, 2010        **DIEPENBROCK & COTTER**

By:  /s/
ANTHONY DIEPENBROCK
Attorney for Defendant
KENNETH CATER

DATED: April 7, 2010        **WILLIAM SCHMIDT & ASSOCIATES**

By:  /s/
WILLIAM SCHMIDT
Attorney for Defendant
ALAN CLARKE

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' RULE 12(b)(6)
MOTIONS TO DISMISS AND SPECIAL MOTIOSN TO STRIKE PURSUANT TO C.C.P. § 425.16/
CASE NO. 2:09-CV-02992 JAM KJM

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  April 7, 2010                               **LAPLANTE SPINELLI & DONALD**

                                  By:   /s/
                                      DOMENIC SPINELLI
                                      Attorney for Defendant
                                      DAVID JOHNSON

Good cause appearing therefore,

The Rule 12(b)(6) Motions to Dismiss and Special Motions to Strike Pursuant to California Code of Civil Procedure section 425.16 filed by Defendants Cameron Park Community Service District, Alan Clarke, David M. Johnson, and Kenneth E. Cater in this matter, currently set for hearing on May 5, 2010, shall be continued to and heard on **June 16, 2010** at 9:30 a.m. in Department 6 of this Court.

**IT IS SO ORDERED.**

DATED:  April 8, 2010

                                   /s/ John A. Mendez
                                   Hon. John A. Mendez
                                   Judge, U.S. District Court
                                   Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com