LAW OFFICE OF MARY-ALICE COOPER
Thomas B. Gill, State Bar Number 146275
1108 Kennedy Place, Suite 2
Davis, CA 95616
Phone: (530) 758-4234
Fax: (530) 302-0071

Attorney for Plaintiff
TAMMY MEFFORD


DIEPENBROCK & COTTER, LLP
Anthony C. Diepenbrock, State Bar Number 038333
Grace L. Pak, State Bar Number 263733
1545 River Park Drive, Suite 201
Sacramento, CA 95815
Phone: (916) 565-6222
Fax: (916) 565-6220

Attorney for Defendant
KENNETH E. CATER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TAMMY MEFFORD, | CASE NO. 2:09-CV-02992 JAM-KJM |
| Plaintiff, | |
| vs. | |
| CAMERON PARK COMMUNITY SERVICE DISTRICT, a public entity; ALAN CLARKE, an individual; DAVID M. JOHNSON, an individual and; KENNETH E. CATER, an individual, | |
| Defendants. | |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

- 1 -

IT IS HEREBY STIPULATED by and between plaintiff TAMMY MEFFORD and defendant KENNETH E. CATER through their designated counsel that the above-captioned action against KENNETH E. CATER is dismissed with prejudice pursuant to FRCP 41(a)(1). No party shall be deemed a prevailing party and each party stipulates to bear its own costs and attorneys fees.

DATED: June ___, 2010            LAW OFFICES OF MARY-ALICE COOPER

By_____
    Thomas B. Gill
    Attorney for Plaintiff
    TAMMY MEFFORD
    State Bar Number 146275
    1109 Kennedy Place, Suite 2
    Davis, CA 95616

DATED: June ___, 2010            DIEPENBROCK & COTTER, LLP

By_____
    Anthony C. Diepenbrock
    Grace L. Pak
    Attorney for Defendant
    KENNETH E. CATER
    State Bar Number 038333
    1545 River Park Drive, Suite 201
    Sacramento, CA 95815

## ORDER

Based on the stipulation of the parties and good cause appearing, the court orders that KENNETH E. CATER be dismissed from the case of Tammy Mefford v. Cameron Park Community Services District, et al. with prejudice. There is no prevailing party, and each party shall bear its own attorneys fees and costs.

DATED: July 28, 2010            /s/ John A. Mendez
                                UNITED STATES DISTRICT COURT JUDGE