LAW OFFICE OF MARY-ALICE COLEMAN
MARY-ALICE COLEMAN, SBN 98365
MICHAEL S. AHMAD, SBN 231228
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone: (916) 498-9131
Facsimile: (916) 304-0880

Attorneys for Plaintiff TAMMY MEFFORD

JAMES K. WARD, ESQ. (SBN 117639)
DANIEL P. JAY, ESQ. (SBN 215860)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avene
Sacramento, CA 956825
Tel: (916) 923-1600
Fax: (916) 923-1616

Attorneys for Defendant
CAMERON PARK COMMUNITY SERVICES DISTRICT

PORTER SCOTT, APC
CARL L. FESSENDEN, SBN 161494
DEREK J. HAYNES, SBN 264621
350 University Ave., Suite 200
Sacramento, CA 95825
Tel: (916) 929-1481
Fax: (916) 927-3706

Attorneys for Defendant ALAN CLARKE

LAPLANTE, SPINELLI, DONALD & NOTT, APC
DOMENIC D. SPINELLI, SBN 131192
ALISON F. WESSEL, SBN 251084
815 S Street, Second Floor
Sacramento, CA 95811
Tel: (916) 448-7888
Fax: (916) 448-6888
Attorneys for Defendant DAVID M. JOHNSON

-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMMY MEFFORD, | ) CASE NO. 2:09-CV-02992 JAM KJM |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| v. | ) **DISMISSAL WITH PREJUDICE OF** |
| | ) **ALL DEFENDANTS** |
| CAMERON PARK COMMUNITY SERVICE DISTRICT a public entity; ALAN CLARKE, an individual; DAVID M. JOHNSON, an individual and; KENNETH E. CATER an individual, | ) |
| Defendants. | ) |

STIPULATION

IT IS HEREBY STIPULATED by an between Plaintiff TAMMY MEFFORD and Defendants CAMERON PARK COMMUNITY SERVICES DISTRICT, ALAN CLARKE, and DAVID JOHNSON, through their designated counsel, that the above-captioned lawsuit against Defendants CAMERON PARK COMMUNITY SERVICES DISTRICT, ALAN CLARKE, and DAVID JOHNSON is dismissed with prejudice pursuant to FRCP 41(a)(1) and (2). The parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to this entire action, including any pending motions at the time this Stipulation is filed, and any motions previously filed and/or ruled upon.

DATED: _____        LAW OFFICE OF MARY-ALICE COLEMAN

By: _____
MICHAEL S. AHMAD
Attorney for Plaintiff,
TAMMY MEFFORD

-2-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

DATED: _____     EVANS, WIECKOWSKI & WARD, LLP


By: _____
    JAMES K. WARD
    Attorneys for Defendant,
    CAMERON PARK COMMUNITY SERVICES DISTRICT


DATED: _____     PORTER SCOTT, APC


By: _____
    CARL FESSENDEN,
    Attorneys for Defendant,
    ALAN CLARKE


DATED: _____     LAPLANTE, SPINELLI, DONALD & NOTT, APC


By: _____
    DOMENIC D. SPINELLI
    Attorneys for Defendant,
    DAVID M. JOHNSON

## ORDER

Based on the stipulation of the parties and good cause appearing, the Court orders that Defendants CAMERON PARK COMMUNITY SERVICES DISTRICT, ALAN CLARKE, and DAVID JOHNSON be dismissed, with prejudice, from the case of TAMMY MEFFORD v. CAMERON PARK COMMUNITY SERVICES DISTRICT, *et al.*, case number 2:09-CV-02992 JAM KJM. Each party shall bear its own attorneys' fees and costs with respect to this entire action, including any pending motions at the time this Stipulation is filed, and any motions previously filed and/or ruled upon.

DATED: October 7, 2010

                                    /s/ John A. Mendez
                                  UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com